In the Matter of the Application of EMMA WALKER, Appellant, for a Peremptory Writ of Mandamus against WILLIAM H. MAXWELL, as Superintendent of Schools of the City of New York, Respondent.

*Matter of Walker* v. *Maxwell,* 120 App. Div. 571, affirmed.
(Argued January 6, 1908; decided January 21, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1907, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to place the name of the petitioner upon the eligible list of persons holding "teachers' license for promotion" in the elementary public schools of the city of New York.

*David Ross* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Stephen O'Brien* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.